In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00002-CR**
_____

**IN RE CHARLES MATULA**

**Original Proceeding**
**9th District Court of Montgomery County, Texas**
**Trial Cause No. SW-2020, #599**

**MEMORANDUM OPINION**

Through a petition for a writ of mandamus and a motion for temporary relief,

Charles Matula seeks to stay execution on a search warrant issued on October 2,

2020, by the judge of the 9th District Court of Montgomery County, Texas, in his

capacity as a magistrate and to compel the judge to quash the search warrant.[1] *See*

_____

[1] We denied mandamus relief in a proceeding filed by Matula after the trial court signed an order denying a motion to quash on November 6, 2020. *See In re Matula*, No. 09-20-00256-CR, 2020 WL 6929643, at *1 (Tex. App.—Beaumont Nov. 25, 2020, orig. proceeding) (mem. op., not designated for publication). Matula alleged he is the owner of the Yahoo account that is the subject of the search warrant in an amended motion to quash the search warrant. This mandamus proceeding

*State ex rel. Holmes v. Salinas*, 774 S.W.2d 421, 422-23 (Tex. App.—Houston [14th Dist.] 1989, orig. proceeding).

To be entitled to mandamus relief, a relator must show that he has no adequate remedy at law available and that he seeks to compel a ministerial act. *State ex rel. Healey v. McMeans*, 884 S.W.2d 772, 774 (Tex. Crim. App. 1994) (orig. proceeding). An act is ministerial when the law clearly spells out the duty to be performed with such certainty that nothing is left to the exercise of discretion or judgment. *Id*. Relator has not shown that he has a clear and indisputable right to the relief sought. Accordingly, we deny the petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on February 9, 2021
Opinion Delivered February 10, 2021
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

---

followed the trial court's denial of the amended motion to quash on December 16, 2020.